UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JERMAINE EPPS** | **CIVIL ACTION NO. 22-6189-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **ZWOLLE POLICE DEPARTMENT, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint [Doc. No. 3] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS, DONE AND SIGNED**, in chambers, at Monroe, Louisiana, on this 30th day of May 2023.

_____
**CHIEF JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**